# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARY A. FRANKLIN, et al., <br><br> Defendants. | Case No.: 18cv2542-LAB (KSC) <br><br> **ORDER GRANTING STAY AND EXTENSION OF TIME TO SERVE** <br> **[Dkt. 8]** |

This is an action by the United States to reduce to judgment federal income tax assessments made against Defendant Mary Franklin, among other things. Despite what it characterizes as diligent efforts, the United States has been unable to properly serve Defendants Mary and Marsi Franklin. This is compounded by the fact that the Department of Justice currently lacks appropriations and cannot actively participate in the litigation. Accordingly, the United States requests a stay of the action and an extension of time to serve Defendants.

For good cause shown, the Court **GRANTS** the United States' request for an extension of time to serve Defendants until either March 6, 2019 or thirty days after Congress has restored appropriations to the Department of Justice, whichever is later. FRCP 4(m). The case is **STAYED** until that time. The ENE currently scheduled for January 30, 2019 is **VACATED**, to be rescheduled by Magistrate Judge Crawford at a time convenient for the Court and parties.

**IT IS SO ORDERED**.

Dated: January 11, 2019

*Larry A. Burns*

**Hon. Larry Alan Burns**
United States District Judge

1

18cv2542-LAB (KSC)