# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MARY A. FRANKLIN, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 18cv2542-LAB (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 28]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 28. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. FRCP 41(a).

**IT IS SO ORDERED**.

Dated: September 6, 2019

*[signature]*

**Hon. Larry Alan Burns**
Chief United States District Judge